tioner Joseph Tidwell in this case. Motion for appointment of counsel granted, and it is ordered that Mark D. DeBofsky, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner Reynolds Wintersmith in this case.

No. 97–215. CALDERON, WARDEN v. THOMPSON. C. A. 9th Cir. [Certiorari granted, 521 U. S. 1136 and 1140.] Motion for appointment of counsel granted, and it is ordered that Andrew S. Love, Esq., of San Francisco, Cal., be appointed to serve as. counsel for respondent in this case.

No. 97–6723. IN RE KING. Petition for writ of habeas corpus denied.

No. 97–6287. IN RE SNAVELY. Petition for writ of mandamus denied.

No. 97–6283. IN RE WEATTER. Petition for writ of mandamus and/or prohibition denied.

No. 97–6594. IN RE RUTHERFORD. Petition for writ of prohibition denied.

No. 96–1009. GOODHART ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–1346. PARADIES ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7960. MARMOLEJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9293. CROW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–378. MAIER ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–532. PACESETTER CONSTRUCTION CO., INC. v. CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD. C. A. 9th Cir. Certiorari denied.

No. 97–537. LOPEZ v. RICCA-STROUD. C. A. 7th Cir. Certiorari denied.